IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA MAE YODER** : | **CIVIL ACTION** |
| : | |
| **VS.** : | |
| : | **NO. 07-3970** |
| : | |
| : | |
| **MICHAEL J. ASTRUE ,** : | |
| **COMMISSIONER OF SOCIAL SECURITY** : | |

**O R D E R**

**AND NOW**, this 30th day of May, 2008, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Motion for Summary Judgment, and the record in this case, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated May 6, 2008, no Objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated May 6, 2008, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **DENIED**;

3. Defendant's Motion for Summary Judgment is **GRANTED**; and,

4. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Michael J. Astrue, Commissioner of Social Security, and **AGAINST** plaintiff, Cynthia Mae Yoder.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.